# STORCH AMINI & MUNVES PC

A New York Professional Corporation

Matthew D. Kane
Member NY & DC Bars

e-mail:  mkane@samlegal.com
direct:  212.497.8277

April 17, 2014

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     **PC-Palladio, LLC v. Craig Nassi, Index No. 13-mc-00234**

Dear Judge Furman:

We represent PC-Palladio, LLC in the above-referenced action.  We write to advise the Court that the parties have reached a global settlement agreement that will fully resolve this matter. Counsel have provided written representations that wire transfers to our firm's IOLA account in full payment of the settlement payment have been initiated today.  However, due to the hour and the bank holiday tomorrow, we are unable to confirm receipt of the wires until Monday.

We respectfully request that the April 18, 2014 deadline for joint pretrial submissions be extended to Tuesday, April 22, 2014.  This brief extension would allow for confirmation of our receipt of settlement payment and to execute any necessary stipulations of dismissal.  If for any reason we are not able to finalize the settlement, we will submit the required pretrial submissions by that date.

Respectfully yours,

Matthew Kane

cc:     Counsel of Record, *via ECF*
        John Siegal, *via email*
        Jonathan Forman, *via email*
        Scott Markowitz, *via email*
        Craig Nassi, *via ECF*